UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  
FREDERICK L. SMITH  
LINDA L. SMITH

CHAPTER 13

CASE NO. 14-81808

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Shellpoint Mortgage Servicing          **Court claim #:** 4

**Last four digits** of any number used to identify the debtor's account: 2612

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $16344.73 (Per Creditor's Proof of Claim) |
| Amount Paid by Trustee | $ 9803.22 (Amount paid due to Loan Modification) |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   7/17/18                    /s/Lydia S. Meyer  
                                    Lydia S. Meyer, Trustee  
                                    308 W. State St., Suite 212  
                                    Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 17th Day of July, 2018

Dated:   7/17/18                    /s/Cynthia K. Burnard

SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC 29603-0826

BANK OF AMERICA
4161 PIEDMONT PKWY
GREENSBORO, NC  27410

KEITH LEVY
MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

FREDERICK L. SMITH
LINDA L. SMITH
209 S. 11^(TH) STREET
ROCHELLE, IL  61068

DAVID H. CARTER
ATTORNEY AT LAW
308 W. STATE ST., SUITE 215
ROCKFORD, IL  61101